**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ubaldo Alvarez Sanchez,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02770-JAD-DJA<br><br>**Order Granting Motion to Dismiss Case as Moot**<br><br>[ECF No. 9] |

Petitioner Ubaldo Alvarez Sanchez filed this petition for federal habeas corpus relief from his immigration detention. His counsel now moves to dismiss, explaining that Sanchez was released on bond on September 10, 2026.[1] Accordingly,

IT IS ORDERED that the petitioner's motion to dismiss **[ECF No. 9] is GRANTED. This case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
November 4, 2026

[1] ECF No. 9 (citing ECF No. 6-1).